Olivia BOYCE-ABEL and Rebecca Boyce Work, Respondents, in re ESTATE OF Anne Tilghman BOYCE v. Rebecca Boyce WORK, Olivia Boyce-Abel, individually and as Trustee of the Bell and Horace Tilghman, Sr. Charitable Trust, Jacqueline A. Boyce, Merrill T. Boyce, South Carolina National Bank, Trustee under the Anne Tilghman Boyce Trust f/b/o Jacqueline Boyce, Rae H. Ely, Stephen J. Small and Tyson Van Auken, as Trustees under the Bell and Horace Tilghman, Sr. Charitable Trust, and The South Carolina Attorney General's Office, Defendants, of whom Merrill T. Boyce and Jacqueline A. Boyce, are Petitioners.

(417 S.E. (2d) 597)

Supreme Court

*Adele J. Pope, Terrell L. Glenn,* for *Merrill T. Boyce* and *Jacqueline A. Boyce.*

*Elizabeth Van Doren Gray, Kenneth B. Wingate,* for *Olivia Boyce-Abel* and *Rebecca Boyce Work.*

May 18, 1992

## ORDER OF DISMISSAL

It appearing to the satisfaction of the Court that the above entitled case has been fully and finally settled between the

parties, IT IS ORDERED that the above captioned case be and hereby is dismissed.

The remittitur in this matter will be forwarded to the Clerk of Court in Marion County pursuant to Rule 221 of the rules of Practice of this Court.